```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WESTDALE CONSTRUCTION, LTD,<br>    Plaintiff,<br>       v.<br><br>LIBERTY STATE FINANCIAL<br>HOLDINGS CORPORATION, LIBERTY<br>STATE BENEFITS OF<br>PENNSYLVANIA, INC.,<br>MICHAEL ERHARD, et al.,<br>    Defendants. | CIVIL NO. 09-2973(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 1st day of April, 2010

ORDERED that plaintiff's motion for partial summary judgment [19] is GRANTED IN PART AND DENIED IN PART, as follows: Plaintiff's motion for partial summary judgment on its breach of contract claim is granted as to defendant Liberty State Benefits of Pennsylvania, Inc., and denied as to defendant Liberty State Financial Holdings Corporation.

                                                           s/ Noel L. Hillman

At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.