## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESTDALE CONSTRUCTION, LTD,<br>      Plaintiff,<br>         v.<br><br>LIBERTY STATE FINANCIAL<br>HOLDINGS CORPORATION, LIBERTY<br>STATE BENEFITS OF<br>PENNSYLVANIA, INC.,<br>MICHAEL ERHARD, et al.,<br>      Defendants. | CIVIL NO. 09-2973(NLH)(AMD)<br><br>**JUDGMENT** |

In accordance with the Court's Opinion and Order filed today,

IT IS HEREBY on this 1st day of April, 2010

ORDERED that JUDGMENT in plaintiff's favor shall be entered against defendant Liberty State Benefits of Pennsylvania, Inc. in the amount of $4,151,016.00.

                                      s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.